UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-034-03ML** **DATE: August 15, 2005**

**TITLE: USA v. James Marsden**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Richard W. Rose - Govt**
**Kevin J. Fitzgerald - for Deft**
**Kathleen Conlon - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to Counts I through IV of the Indictment: 90 days' imprisonment, followed by 3 yrs' supervised release. Special conditions of s/r: the first 6 mos of s/r will be served in the community confinement program, situated at the ACI in Cranston, RI; the deft shall participate in a drug-treatment program, as approved by U.S. Probation, to include periodic testing [up to 72 drug tests per year]; the deft shall undergo a psychological evaluation to determine need for mental-health treatment. $400 total special assessment; no fine is imposed. Restitution order (joint-and several with co-defts Danilo Nunez & Daniel Stone) in the amount of $19,910.63 (interest waived). Deft to self-surrender to designated facility by 2:00 p.m. on Tue., 9/6/2005. Until then, deft remains on unsecured bond under terms & conditions previously set.**