UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-034-03ML |
| | : | |
| JAMES D. MARSDEN | : | |

**ORDER**

This matter came on for hearing on the Government's Motion to Decrease Offense Level for Acceptance of Responsibility. After hearing thereon, it is hereby:

**ORDERED**

Pursuant to U.S.S.G. § 3E1.1(b) that the defendant's offense level be reduced by one additional offense level for acceptance of responsibility.

By Order,

DEPUTY CLERK

ENTER:

United States District Court Judge

Date: August 15, 2005