UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DANIEL J. STONE; | : CR. No. 05-034-01ML |
| DANILO A. NUNEZ; and | : CR. No. 05-034-02ML |
| JAMES D. MARSDEN | : CR. No. 05-034-03ML |

**UNITED STATES' RESPONSE TO THE COURT'S DIRECTIVE TO FILE A DEFINITIVE STATEMENT OF RESTITUTION**

The United States files the attached Stipulation with the consent of all counsel as a statement of restitution in the above-captioned matter.

Respectfully submitted,
UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2005 I caused to be sent a true copy of the within United States' Response To The Court's Directive To File A Definitive Statement of Restitution by U.S. mail to:

John J. Bevilacqua, Esq.
380 Broadway
Providence, RI 02903

Kevin Fitzgerald, Esq.
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

James E. O'Neil, Esq.
1130 Ten Rod Road, Suite A103
No. Kingstown, RI 02852

Dennis J. Jenkins,
Supervising US Probation Officer
U.S. Probation Office
36 Exchange Terrence, 3rd Fl.
Providence, RI 02903